UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NATIONSTAR MORTGAGE LLC,

        Plaintiff,

v.                                         **ORDER**
                                        20-cv-39 (WFK) (LB)

WILLIAM HENRY a/k/a WILLIAM A. HENRY,
BANK OF AMERICA, N.A., and JOHN DOE(S),

        Defendants.
------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

Nationstar Mortgage LLC ("Plaintiff") has failed to file proof of proper service of its amended complaint on all defendants and has not taken any action in this case since September 2022. *See* ECF No. 23. In December 2022, the Court warned Plaintiff failure to take appropriate action would result in dismissal of this case. ECF Order dated December 27, 2022. Nevertheless, Plaintiff has failed to act. Finally, Plaintiff has failed to timely object to the Report and Recommendation submitted by the Honorable Magistrate Judge Lois Bloom, dated January 18, 2023. ECF No. 24. For these reasons, and the reasons set forth in Magistrate Judge Bloom's Report and Recommendation, the Court ORDERS the claims brought by Plaintiff in the above-captioned action DISMISSED without prejudice.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: February 2, 2023
        Brooklyn, New York