UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>Plaintiff,<br><br>v.<br><br>William Henry a/k/a William A. Henry; Bank of America, "JOHN DOE", said name being fictitious, it being the intention of Plaintiff to designate any and all occupants of premises being foreclosed herein, and any parties, corporations or entities, if any, having or claiming an interest or lien upon the mortgaged premises,<br>　　　　　　Defendants. | Civil Action No. 2:20-cv-00039-WFK-RLM<br><br>STIPULATION TO VACATE AND SET ASIDE THE DISMISSAL OF PLAINTIFF'S COMPLAINT AND ORDER THEREON<br><br>Complaint Filed:　January 3, 2020<br>Trial Date:　　　None |

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER ("Plaintiff") and Defendant WILLIAM HENRY a/k/a WILLIAM A. HENRY ("Defendant") hereby stipulate to vacate and set aside the Court's *sua sponte* dismissal of Plaintiff's Complaint, dated February 2, 2023 and entered on February 3, 2023, and the resulting Clerk's Judgment entered on February 6, 2023.

## RECITALS

**WHEREAS** on January 3, 2020, Plaintiff filed its Complaint, seeking to foreclose a mortgage held by plaintiff on defendant Henry's real property located at 287 Red Maple Drive South, Wantagh, NY 11793, and;

**WHEREAS** defendant Henry and plaintiff entered into a consent to judgement on Plaintiff's foreclosure claim, which was So-Ordered by the Court (ECF No.14), and;

**WHEREAS** the Court dismissed Plaintiff's Complaint, without prejudice, by an Order dated February 2, 2023 (ECF No. 25) that resulted in a Judgment of dismissal without prejudice entered on

February 6, 2023 (ECF No. 26) due to Plaintiff's failure to respond timely to the Court's status report order dated December 27, 2022, and;

**WHEREAS** subsequent to the entry of the dismissal, counsel for Plaintiff and Defendant met and conferred on a potential motion to set aside the dismissal and agreed to stipulate to set aside the dismissal; and

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, Henry that the Judgment of dismissal of Plaintiff's Complaint entered on February 6, 2023 and Order of dismissal dated February 2, 2023 and entered February 3, 2023, be vacated and set aside, and that Plaintiff shall file its application for Judgment within sixty (60) days of this stipulation.

**GOOD CAUSE** exists for the stipulated relief as Defendant Henry has already consented to Judgment and has vacated the property. Further the Plaintiff, took action to vacate the dismissal within one week of the entry of the Court's Order (see ECF No. 27) and has a justifiable excuse and good faith cause for the failure to timely respond. Finally, it is in the interest of justice to set aside defaults so that cases may be decided on their merits, particularly when doing so can be done through stipulation, rather than expending unnecessary court and party resources in unopposed motions.

**IT IS SO STIPULATED.**

DATE: March 21, 2023

LOGS LEGAL GROUP LLP

_____
By: John A. DiCaro, Esq
Attorney for Plaintiff
Nationstar Mortgage LLC d/b/a/ Mr. Cooper

LAW OFFICES OF CRAIG ROBINS

_____
By: Craig Robins, Esq.
Attorney for Defendant
William Henry a/k/a William A. Henry

# ORDER

Pursuant to the parties' stipulation (ECF No. 28), IT IS HEREBY ORDERED that:

1. The Clerk's Judgment of dismissal of Plaintiff's Complaint entered on February 6, 2023 (ECF No. 26) and the Court's Order of dismissal dated February 2, 2023 and entered February 3, 2023 (ECF No. 25) are hereby vacated and set aside; and

2. Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, shall file its application for Judgment within sixty days of entry of this order.

**IT IS SO ORDERED**

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE